## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

December 20, 2013

Before:   RICHARD A. POSNER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No.: 13-2726 | PLANNED PARENTHOOD OF WISCONSIN, INCORPORATED, et al., Plaintiffs - Appellees<br><br>v.<br><br>J. B. VAN HOLLEN, Attorney General of Wisconsin, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:13-cv-00465-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)