IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PLANNED PARENTHOOD OF
WISCONSIN, INC., SUSAN PFLEGER,
M.D., KATHY KING, M.D., and
MILWAUKEE WOMEN'S MEDICAL
SERVICES d/b/a AFFILIATED MEDICAL
SERVICES,

                Plaintiffs,

v.

J.B. VAN HOLLEN, ISMAEL OZANNE,
JAMES BARR, MARY JO CAPODICE, D.O.,
GREG COLLINS, RODNEY A. ERICKSON,
M.D., JUDE GENEREAUX, SURESH K.
MISRA, M.D., GENE MUSSER, M.D.,
KENNETH. B. SIMONS, M.D., TIMOTHY
SWAN, M.D., SRIDHAR VASUDEVAN, M.D.,
OGLAND VUCKICH, M.D., TIMOTHY W.
WESTLAKE, M.D., RUSSELL YALE, M.D., and
DAVE ROSS,

                Defendants.

ORDER

13-cv-465-wmc

A telephonic status conference was held on May 7, 2014, in the above-captioned matter; all parties appeared by counsel. The court discussed with counsel a plan to streamline the bench trial and accommodate the schedules of witnesses and counsel to the extent practical, setting the following schedule:

- In addition to any deposition designations and cross-designations for witnesses unable to appear, the court will accept an expert's report as direct testimony provided that expert is made available for cross examination at trial if requested by an opposing party. At trial, the offering party may ask limited questions to further

highlight the expert's report at the outset of that expert's testimony to be followed by cross-examination and re-direct.

- Except as otherwise noted, trial will start at 8:00 a.m. and go until 6:00 p.m., with a morning and afternoon break of approximately 15 - 20 minutes and an hour for lunch from approximately 12:30 p.m. to 1:30 p.m.

- Except as the parties may otherwise agree, Tuesday will be devoted to plaintiffs' trial witnesses, including any fact or expert witnesses, other than the two principal experts designated for the expert colloquy and examinations on Thursday.

- Wednesday will be devoted to defendants' trial witnesses, including any fact or expert witnesses, other than the two principal experts designated for the expert colloquy and examinations on Thursday.

- Thursday will be devoted to the expert colloquy and examination of the parties' principal experts and the neutral expert.

- Any additional evidence or testimony may be presented (1) in advance of trial by deposition the previous week or on Monday, May 26, 2014, at which the court would preside, (2) on Friday from 8:00 a.m. to 12:00 p.m. and from 2:00 p.m. to 4:00 p.m., and/or (3) on or after Wednesday, June 4, 2014.

- Plaintiffs may serve and file a reply to defendants' proposed findings of fact no later than May 21, 2014.

- The court will accept post-trial briefs as follows: (1) plaintiffs' opening brief will be due 21 days from the close of trial; (2) defendants' response will be due fourteen days after the electronic filing and service of plaintiffs' brief; and (3)

plaintiffs' reply, if any, will be due seven days after electronic filing and serving of defendants' response.

Entered this 8th day of May, 2014.

          BY THE COURT:

          /s/

          _____
          WILLIAM M. CONLEY
          District Judge