IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PLANNED PARENTHOOD OF
WISCONSIN, INC., et al.,

    Plaintiffs,

    v.                              Case No. 13-C-465

BRAD D. SCHIMEL,[1] et al.,

    Defendants.

## NOTICE OF APPEAL

    PLEASE TAKE NOTICE that Defendants Brad D. Schimel, Ismael Ozanne, James Barr, Mary Jo Capodice, D.O., Greg Collins, Rodney A. Erickson, M.D., Robert Zondag,[2] Suresh K. Misra, M.D., Carolyn Ogland, M.D., Michael J. Phillips, M.D., Kenneth B. Simons, M.D., Timothy Swan, M.D., Sridhar Vasudevan, M.D., Timothy W. Westlake, M.D., Russell Yale, M.D., and Dave Ross (collectively "Defendants"), by their attorneys, Attorney General Brad D. Schimel and Assistant Attorneys General Maria S. Lazar, Brian P. Keenan, and Clayton P. Kawski, appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order entered by this Court on March 20, 2015 (Dkt. 266), and the Judgment

---

[1]Pursuant to Fed. R. Civ. P. 25(d), Attorney General Brad D. Schimel, who was sworn into office on January 5, 2015, is automatically substituted as a party Defendant for past Attorney General J.B. Van Hollen.

[2]Robert Zondag, new member of the Wisconsin Medical Examining Board, is automatically substituted, pursuant to Fed. R. Civ. P. 25(d) for past Board member Jude Genereaux.

entered by this Court on March 25, 2015. (Dkt. 267.) A true and correct copy of the Opinion and Order and the Judgment are being filed with this Notice of Appeal.

This case is a class action, and this Court has certified a class of 71 elected district attorneys pursuant to Federal Rule of Civil Procedure 23(b)(2). (*See* Dkt. 81:5 & n.6; *see also* Dkt. 61:2.) Dane County District Attorney Ismael Ozanne has been designated as class representative. (Dkt. 81:5.) The Attorney General of Wisconsin (through the Wisconsin Department of Justice and its Assistant Attorneys General) is class counsel. (Dkt. 61:2.)

The counsel for Defendants on appeal will be Assistant Attorney General Maria S. Lazar, Assistant Attorneys General Keenan and Kawski will also be serving as appellate counsel to Defendants. The appropriate filing fee is being paid concurrent with this Notice of Appeal.

Dated this 6th day of April, 2015.

> Respectfully submitted,
>
> BRAD D. SCHIMEL
> Attorney General
>
> s/Maria S. Lazar
> MARIA S. LAZAR*
> Assistant Attorney General
> State Bar #1017150
>
> BRIAN P. KEENAN
> Assistant Attorney General
> State Bar #1056525
>
> CLAYTON P. KAWSKI
> Assistant Attorney General
> State Bar #1066228
>
> Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-3519 (Lazar)
(608) 266-0020 (Keenan)
(608) 266-7477 (Kawski)
(608) 267-2223 (Fax)
*lazarms@doj.state.wi.us*
*keenanbp@doj.state.wi.us*
*kawskicp@doj.state.wi.us*

*\*Counsel of Record*