# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

November 23, 2015

Before:

RICHARD A. POSNER, Circuit Judge

DANIEL A. MANION, Circuit Judge

DAVID F. HAMILTON, Circuit Judge

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 15-1736 | PLANNED PARENTHOOD OF WISCONSIN, INCORPORATED, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BRAD D. SCHIMEL, Attorney General of Wisconsin, in his official capacity, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:13-cv-00465-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.