# EXHIBIT A

| ACLU Taxable Expenses | | |
|---|---|---|
| Date | Description | Amount |
| Fees of the Clerk | | |
| 7/5/2013 | Alexa Kolbi-Molinas Pro Hac Vice admission fee | $50.00 |
| 7/5/2013 | Susan Talcott Camp Pro Hac Vice admission fee | $50.00 |
| 12/20/2013 | Renée Paradis Admission Pro Hac Vice fee | $50.00 |
| 3/12/2014 | Jenny Lee Pro Hac Vice admission fee | $50.00 |
| 4/6/2015 | Jenny Lee Admission to the Seventh Circuit fee | $191.00 |
| 4/6/2015 | Renée Paradis Admission to the Seventh Circuit fee | $191.00 |
|  | Total: | $582.00 |
|  |  |  |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | |
| 3/20/2014 | Deposition Transcript Fee for Hanson | $205.20 |
| 4/28/2014 | Deposition Transcript Fee for Smith and Ashlock | $374.90 |
| 5/1/2014 | Deposition Transcript Fee for Collins | $183.00 |
| 5/1/2014 | Deposition Transcript Fee for Ostermann | $739.50 |
| 5/6/2014 | Deposition Transcript Fee for Christensen | $319.60 |
| 5/13/2014 | Deposition Transcript Fee for Henshaw | $377.35 |
| 5/20/2014 | Deposition Transcript Fee for Stulberg | $287.60 |
| 5/20/2014 | Deposition Transcript Fee for Uhlenberg | $672.40 |
|  | Total: | $3,159.55 |
|  |  |  |
| Compensation of court-appointed experts | | |
| 6/13/2014 | Expert Fees for Serder Bulun, M.D. (Neutral Expert) | $2,500.00 |
|  | Total: | $2,500.00 |
|  |  |  |
|  | **Total Taxable Expenses:** | **$6,241.55** |

# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:13-cv-00465-wmc

Planned Parenthood of Wisconsin, Inc. et al v. Van Hollen, J.B. et al
Assigned to: District Judge William M. Conley
Referred to: Magistrate Judge Stephen L. Crocker
Case in other court:  13-02726
                             7th Circuit, 15-01736
Cause: 42:1983 Civil Rights Act

Date Filed: 06/28/2013
Date Terminated: 03/20/2015
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2013 | 12 | Motion to Admit Alexa Kolbi-Molinas Pro Hac Vice. ( Pro Hac Vice fee $ 50 receipt number 0758-1200134.) by Plaintiffs Fredrik Broekhuizen, MD, Milwaukee Women's Medical Services, Susan Pfleger, MD, Planned Parenthood of Wisconsin, Inc.. Motions referred to Magistrate Judge Stephen L. Crocker. (Kolbi-Molinas, Alexa) (Entered: 07/05/2013) |
| 07/05/2013 | 13 | Motion to Admit Susan Talcott Camp Pro Hac Vice. ( Pro Hac Vice fee $ 50 receipt number 0758-1200144.) by Plaintiffs Fredrik Broekhuizen, MD, Milwaukee Women's Medical Services, Susan Pfleger, MD, Planned Parenthood of Wisconsin, Inc.. Motions referred to Magistrate Judge Stephen L. Crocker. (Camp, Susan) (Entered: 07/05/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/26/2016 14:46:12 | | | |
| **PACER Login:** | brigitteamiri:4377434:4375869 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:13-cv-00465-wmc Starting with document: 12 Ending with document: 13 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

CLOSED,PROTECTIVE_ORDER

# U.S. District Court
## Western District of Wisconsin (Madison)
### CIVIL DOCKET FOR CASE #: 3:13–cv–00465–wmc

| | |
|---|---|
| Planned Parenthood of Wisconsin, Inc. et al v. Van Hollen, J.B. et al | Date Filed: 06/28/2013 |
| Assigned to: District Judge William M. Conley | Date Terminated: 03/20/2015 |
| Referred to: Magistrate Judge Stephen L. Crocker | Jury Demand: None |
| Case in other court:  13–02726 | Nature of Suit: 440 Civil Rights: Other |
|                      7th Circuit, 15–01736 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2013 | 98 | Motion to Admit Rene Paradis Pro Hac Vice. ( Pro Hac Vice fee $ 50 receipt number 0758–1273891.) by Plaintiffs Fredrik Broekhuizen, MD, Milwaukee Women's Medical Services, Susan Pfleger, MD, Planned Parenthood of Wisconsin, Inc.. Motions referred to Magistrate Judge Stephen L. Crocker. (Paradis, Rene) (Entered: 12/20/2013) |

# U.S. District Court
## Western District of Wisconsin (Madison)
### CIVIL DOCKET FOR CASE #: 3:13-cv-00465-wmc

Planned Parenthood of Wisconsin, Inc. et al v. Van Hollen, J.B. et al
Assigned to: District Judge William M. Conley
Referred to: Magistrate Judge Stephen L. Crocker
Case in other court: 13-02726
                   7th Circuit, 15-01736
Cause: 42:1983 Civil Rights Act

Date Filed: 06/28/2013
Date Terminated: 03/20/2015
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2014 | 140 | Motion to Admit Jennifer K. Lee Pro Hac Vice. ( Pro Hac Vice fee $ 50 receipt number 0758-1314171.) by Plaintiffs Fredrik Broekhuizen, MD, Kathy King, Milwaukee Women's Medical Services, Susan Pfleger, MD, Planned Parenthood of Wisconsin, Inc.. Motions referred to Magistrate Judge Stephen L. Crocker. (Lee, Jennifer) (Entered: 03/12/2014) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/26/2016 15:32:13 | | | |
| **PACER Login:** | brigitteamiri:4377434:4375869 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:13-cv-00465-wmc Starting with document: 140 Ending with document: 140 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Payee      Clerk, United States Court
Vendor ID  CLERK USCOA IL         Account #:

73947
4/8/2015

| Invoice | Description | Discount | Amount |
|---|---|---|---|
| CUSC-4-6-15 | Clerk, United States Court (Jenny Lee) | $0.00 | $191.00 |

Total $191.00

Ref No: 5 456730369

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Payee      Clerk, United States Court
Vendor ID  CLERK USCOA IL

73948
73948
4/8/2015

| Invoice | Description | Account #: | Discount | Amount |
|---|---|---|---|---|
| CUSC-4-06-15 | Clerk, United States Court (Renee Paradis) | | $0.00 | $191.00 |
| | | Total | $0.00 | $191.00 |

Ref Rx: G 6587203289



*ok to pay, Litig Expense, Atty 1 medical 3/12/2014*

**Excellence In Court Reporting**

American Civil Liberties Union of
Wisconsin Foundation
Attorney Laurence J. Dupuis
207 East Buffalo Street, Suite 325
Milwaukee, WI 53202

Invoice No. 18290

Date: 2/27/2014

Reporter: Carmen Harder, RPR

Planned Parenthood of Wisconsin, Inc. v.
J.B. Van Hollen, et al.
Western District of Wisconsin
Case No. 13-C-465

Federal ID No. 20-0145264

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/27/2014 | DEPOSITION OF RITA M. HANSON, M.D. | |
| | One Copy | 157.50 |
| | Photocopies of Exhibits and Exhibits in Searchable PDFs via E-mail | 35.70 |
| | E-Transcript, ASCII, and PDFs via E-mail – N/C | |
| | Condensed Transcript and Word Index – N/C | |
| | Postage & Handling | 12.00 |

Thank you!

RECEIVED

MAR 19 2014

ACLU of WI.

**TOTAL** $205.20

Make Check Payable to: For The Record, Inc.
Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 | Madison, WI 53705 | T (608) 833-0392 | (888) 892-0392 | F (608) 833-0682 | office@fortherecordmadison.com

www.fortherecordmadison.com



**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 217059 | 4/25/2014 | 121081 |
| **Job Date** | **Case No.** | |
| 4/15/2014 | 13-CV-465 | |
| **Case Name** | | |
| Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van Hollen, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Ms. Renee Paradis
American Civil Liberties Union Foundation, Inc.
125 Broad Street
18th Floor
New York NY 10004

---

1 COPY OF THE TRANSCRIPT OF:
   Bernard Smith, M.D.     95.00 Pages     223.25
      Exhibit Scanning     32.00 Pages     8.00
1 COPY OF THE TRANSCRIPT OF:
   Wendy Ashlock     59.00 Pages     138.65
      Handling     5.00

**TOTAL DUE >>>**     **$374.90**
AFTER 6/4/2014 PAY     $393.65

TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

(-) Payments/Credits:     374.90
(+) Finance Charges/Debits:     18.75
(=) New Balance:     $0.00

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Ms. Renee Paradis
American Civil Liberties Union Foundation, Inc.
125 Broad Street
18th Floor
New York NY 10004

Invoice No. : 217059
Invoice Date : 4/25/2014
**Total Due** : **$ 0.00**

**Remit To: Gramann Reporting, Ltd.**
   **740 N. Plankinton Avenue**
   **Suite 400**
   **Milwaukee WI 53203**

Job No. : 121081
BU ID : 1-MAIN
Case No. : 13-CV-465
Case Name : Planned Parenthood of Wisconsin, Inc., et al
   v. J.B. Van Hollen, et al.

# PROFESSIONAL REPORTERS
**L I M I T E D**

MADISON • 608-256-1313    1-800-279-3505    FAX • 608-256-1306
ONE EAST MAIN • MADISON, WISCONSIN 53703

email: depos@professionalreporters.com    www.professionalreporters.com

TAXPAYER I.D. # 39-1280134

**TO:** AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street
New York, New York 10004-2400
Attention: MS. RENEE PARADIS

**RE:** PLANNED PARENTHOOD
- vs -
J.B. VAN HOLLEN

**DATE:** 4/29/14

**Invoice No: 14E24806**

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition taken on April 22, 2014: | |
| JANE COLLINS, Ph.D. - 1 Copy - 58 Pages | $159.50 |
| Exhibits - 62 Pages | $15.50 |
| Postage | $8.00 |
| Condensed Transcript and Word Index at no charge | |
| EV                                        **TOTAL** | $183.00 |

*Thank You!*    PLEASE enclose one copy to insure proper credit.



Excellence In Court Reporting

American Civil Liberties Union Foundation
Attorney Renee Paradis
125 Broad Street, 18th Floor
New York, NY  10004

Invoice No. 18595

Date:  4/30/2014

Reporter:  Carmen Harder, RPR

Planned Parenthood of Wisconsin, Inc. v.
J.B. Van Hollen, et al.
Western District of Wisconsin
Case No. 13-C-465

Federal ID No. 20-0145264

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/23/2014 | DEPOSITION OF ERIC M. OSTERMANN | |
| | Original and One Copy | 531.25 |
| | Attendance of Court Reporter in Madison, WI | 100.00 |
| | Photocopies of Exhibits and | |
| |  Exhibits in Searchable PDFs via E-mail | 68.25 |
| | E-Transcript, ASCII, and PDFs via E-mail - N/C | |
| | Condensed Transcript and Word Index - N/C | |
| | Overnight Shipping - UPS | 40.00 |
| | Thank you! | |

**TOTAL**  $739.50

Make Check Payable to: For The Record, Inc.
Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 | Madison, WI 53705 | **T** (608) 833-0392 | (888) 892-0392 | **F** (608) 833-0682 |
office@fortherecordmadison.com **www.fortherecordmadison.com**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9561 | 5/2/2014 | 5122 |
| Job Date | Case No. | |
| 4/25/2014 | 13-CV-465 | |
| Case Name | | |
| Planned Parenthood of Wisconsin, Inc., et al. vs. J.B. Van Hollen, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |


www.Verbatim-Madison.com

Renee Paradis, Attorney
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

ONE E-TRANSCRIPT OF THE FOLLOWING DEPOSITION:
   Dennis D. Christensen, M.D.                                                                           312.40
      Scanned Exhibits                       36.00 Pages             7.20

                                                     **TOTAL DUE >>>**     **$319.60**

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

**Veritext Milwaukee Reporting**

316 N. Milwaukee Street - Suite 575
Milwaukee WI 53202
Tel. 800-472-0445 Fax. 414-347-1166
Fed. Tax ID: 20-3132569



| **Bill To:** | Renee Paradis<br>American Civil Liberties Union<br>125 Broad St.<br><br>New York, NY, 10004-2427 | | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2029021<br>5/7/2014<br>$377.35 |

| **Case:** | Planned Parenthood Of Wisconsin, et al. v. Van Hollen, J.B., et al. |
|---|---|
| **Job #:** | 1850294 | Job Date: 4/28/2014 | Delivery: Expedited |
| **Billing Atty:** | Renee Paradis |
| **Location:** | 727 West Hargett Street<br>Suite 105 | Raleigh, NC 27603 |
| **Sched Atty:** | Clayton Kawski, Esq | Wisconsin Department of Justice |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dr. Stanley Henshaw | Certified Transcript - Expedited | | 109.00 | $0.70 | $76.30 |
| | Exhibits | Per Page | 68.00 | $0.50 | $34.00 |
| | Certified Transcript - Video/Expert | Page | 109.00 | $2.45 | $267.05 |
| **Notes:** | | | **Invoice Total:** | | $377.35 |
| | | | **Payment:** | | $0.00 |
| | | | **Credit:** | | $0.00 |
| | | | **Interest:** | | $0.00 |
| | | | **Balance Due:** | | $377.35 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**Veritext Midwest**

316 N. Milwaukee Street - Suite 575
Milwaukee WI 53202
Tel. 800-472-0445 Fax. 414-347-1166
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Renee Paradis<br>American Civil Liberties Union<br>125 Broad St.<br>New York, NY, 10004-2427 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2032338<br>5/9/2014<br>$0.00 |

| | |
|---|---|
| **Case:** | Planned Parenthood, et al. v. Van Hollen, J.B., et al. |
| **Job #:** | 1846105 \| Job Date: 4/21/2014 \| Delivery: Normal |
| **Billing Atty:** | Renee Paradis |
| **Location:** | ACLU |
| | 180 North Michigan Avenue \| Suite 2300 \| Chicago, IL 60601 |
| **Sched Atty:** | Brian Keenan \| Wisconsin Department of Justice |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Debra Stulberg , M.D. | Certified Transcript - Medical, Technical or Video | Page | 108.00 | $2.45 | $264.60 |
| | Exhibits | Per Page | 46.00 | $0.50 | $23.00 |
| **Notes:** | | | | **Invoice Total:** | $287.60 |
| | | | | **Payment:** | ($287.60) |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CHI2032338<br>1846105<br>5/9/2014<br>$0.00 |

29197

**Veritext Midwest**

316 N. Milwaukee Street - Suite 575
Milwaukee WI 53202
Tel. 800-472-0445 Fax. 414-347-1166
Fed. Tax ID: 20-3132569



| **Bill To:** | Renee Paradis<br>American Civil Liberties Union<br>125 Broad St.<br>New York, NY, 10004-2427 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2033501<br>5/12/2014<br>$0.00 |

| | |
|---|---|
| **Case:** | Planned Parenthood Of Wisconsin, Et Al. v. Van Hollen, J.B., Et Al. |
| **Job #:** | 1858414 \| Job Date: 4/28/2014 \| Delivery: Normal |
| **Billing Atty:** | Renee Paradis |
| **Location:** | \| Raleigh, NC 27603 |
| **Sched Atty:** | Renee Paradis \| American Civil Liberties Union |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dr. Peter Uhlenberg | Original Transcript - Medical, Technical or Video | Page | 112.00 | $4.45 | $498.40 |
| | Exhibits | Per Page | 198.00 | $0.50 | $99.00 |
| | Attendance Fee-Hrly | Hour | 1.00 | $75.00 | $75.00 |
| **Notes:** | | | | **Invoice Total:** | $672.40 |
| | | | | **Payment:** | ($672.40) |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | | |
|---|---|---|---|
| **To pay online, go to www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CHI2033501<br>1858414<br>5/12/2014<br>$0.00 |

29197

CULLEN WESTON PINES & BACH LLP
122 West Washington Avenue, Suite 900
Madison, WI 53703
(608) 251-0101

PRIVILEGED & CONFIDENTIAL

June 3, 2014
Client: 10956-001

American Civil Liberties Union
ATTN: Renee Paradis
125 Broad Street, 18th Floor
New York, New York 10004

| | |
|---|---:|
| Expert fees for Serdar E. Bulun, MD<br>March 11, April 14, May 27 & May 29, 2014 | $ 5,000.00 |
| One half services due from ACLU<br>Please issue check to Cullen Weston Pines & Bach LLP | $ 2,500.00 |
| **TOTAL AMOUNT DUE FROM ACLU** | **$ 2,500.00** |

See attached itemized statement for details - itemized
statement for informational purposes only

CULLEN WESTON PINES & BACH LLP                                          028692

DATE    : Jun/ 3/2014
CHE #   : 28692
AMOUNT  : $5,000.00
ACCOUNT : GENERAL - 1
PAID TO : Serdar E. Bulun, MD

Serdar E. Bulun, MD - Expert Fees - March 11, April 14 & May 27, 2014

---

**CULLEN WESTON PINES & BACH LLP**
**ATTORNEYS AT LAW**
122 W. WASHINGTON AVE., SUITE 900
MADISON, WI 53703-2717

First Business Bank    79-578/759    CHECK NO.    028692
Madison, WI 53711                                 28692

Five Thousand ************************************************** 00/100

**PAY** TO THE ORDER OF

Serdar E. Bulun, MD

DATE           AMOUNT
Jun/ 3/2014    $5,000.00

VOID AFTER 90 DAYS

Serdar E. Bulun, MD - Expert Fees - March 11, April 14 & May 27, 2014

⑇028692⑇ ⑈075905787⑈ ⑇1041⑇840⑇00⑇

---

**CULLEN WESTON PINES & BACH LLP**                                      028692

DATE    : Jun/ 3/2014
CHE #   : 28692
AMOUNT  : $5,000.00
ACCOUNT : GENERAL - 1
PAID TO : Serdar E. Bulun, MD
Serdar E. Bulun, MD - Expert Fees - March 11, April 14 & May 27, 2014
ALLOCATIONS: Matter or <G/L Account>
<G/L 8160>  :    5000.00
G/L ALLOCATION
8160        :    5000.00

United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 North Henry Street, Room 560
Madison, Wisconsin 53703

Chambers of
William M. Conley
District Judge

Telephone
608-264-5087

May 29, 2014

Attorney Lester Pines
Cullen, Weston, Pines & Bach
122 W. Washington Ave., Ste. 900
Madison, WI 53703

AAG Maria Lazar
Wisconsin Dept. of Justice
PO Box 7857
Madison, WI 53707-7857

Dear Counsel,

Enclosed please find Dr. Bulun's invoice in the amount of $10,000, half of which to be paid by plaintiffs and half of which to be paid by defendants. Payment by each side in the amount of $5,000 should be made payable to "Serdar E. Bulun, MD" and directed to him c/o Department of Obstetrics and Gynecology, Northwestern University Feinberg School of Medicine, 250 East Superior Street, Suite 03-2306, Chicago, Illinois 60611. Please also notify the court when payment has been sent.

Sincerely,

William M. Conley

WMC/mfh

enc.

# INVOICE

## Serdar E. Bulun, MD
SS#: 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

Judge William Conley
USDC - Western District of Wisconsin
120 N. Henry Street, Room 560
Madison, WI  53703

| Date | Description | Amount Due |
| --- | --- | --- |
| March 11, April 14, May 27, 2014 | 12 hours Prep time for reports received March 11, second reports received April 14, third batch of reports proposed facts received May 27, 2014 @ $500.00 per hour | $6,000 |
| May 29, 2014 | 8 hour testimony@ $500.00 per hour | $4,000 |
|  | **Balance Fee Due** | **$10,000** |