# EXHIBIT A

| Date | Description | Amount |
|---|---|---|
| | Fees of the Clerk | |
| 7/5/13 | Filing fee for civil case | $400.00 |
| | **Total** | $400.00 |
| | Fees for service of summons and subpoena | |
| 2/3/14 | Service to third parties (hospitals) | $1,570.00 |
| 2/17/14 | Service to Rita Hanson | $65.00 |
| 3/10/14 | Service to Stephan Miller | $55.00 |
| | **Total** | $1,690.00 |
| | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| 4/21/14 | Stephen Hargarten Deposition Transcript | $254.20 |
| 4/23/14 | Clare Hohensee Deposition Transcript | $215.30 |
| 4/24/14 | Teresa Huyck Deposition Transcript | $374.05 |
| 4/24/14 | Kathy King Deposition Transcript | $266.80 |
| 4/24/14 | James Linn Deposition Transcript | $1,264.10 |
| 4/25/14 | David Merrill Deposition Transcript | $1,668.15 |
| 6/2/14 | Pretrial Conference Transcript | $77.60 |
| 6/10/14 | Transcript of Trial Days 1 and 3 | $1,875.58 |
| 5/30/14 | Transcript of Trial Days 2 and 4 | $543.20 |
| 2/11/14 | 3 deposition transcripts of Pls' witnesses | $321.95 |
| 2/28/14 | Rita Hanson Deposition Transcript | $434.95 |
| 4/25/14 | Lena Wood Deposition Transcript | $572.90 |
| | **Total** | $7,868.78 |
| | Fees and disbursements for printing | |
| 5/29/14 | Printing costs for opp cert (PI appeal) | $1,924.59 |
| 5/23/16 | Down payment opp cert printing | $540.00 |
| 6/2/16 | Remainder of invoice | $615.41 |
| 5/22/14 | Kwik Kopy printing | $633.79 |
| | **Total** | $3,713.79 |
| | Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| 1/17/14 | Copies of documents by Wheaton Franciscan | $72.19 |
| | **Total** | $72.19 |
| | Compensation of court-appointed experts | |
| 5/29/14 | Serdar Bulun, MD | $2,500.00 |
| | **Total** | $2,500.00 |
| | other costs | |
| 2/22/14 | Postage to and from Lena Wood (shipping medical records) | $58.86 |
| | **Total** | $58.86 |

*** IMPORTANT CARDMEMBER ALERT *** from you. Is everything OK?
We are concerned that we have not heard from you. Is everything OK?
Your credit card PAYMENT HAS NOT BEEN RECEIVED and is late.
We need to hear from you today because your account is currently past due.
PLEASE CALL US at 1-866-790-5371 or GO ONLINE to WWW.MYACCOUNTACCESS.COM,
login or enroll in Online Account Access to review your payment options.

## Transactions

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|-----------|-----------|-------|-------------------------|--------|----------|
| 07/30 | 07/05 | 8768 | COURTS/USDC-WI-W-PG   608-264-5156 WI | $400.00 | 10956-002 |

### Fees

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|-----------|-----------|-------|-------------------------|--------|----------|

### Interest Charged

| Post Date | Transaction Description | Amount | Notation |
|-----------|-------------------------|--------|----------|

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Friday, July 05, 2013 2:38 PM
To: Heather McGowen
Subject: Pay.gov Payment Confirmation: WIWD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any
to cancel this payment, please contact Ryan Plender at (608) 261-5720.

Application Name: WIWD CM ECF
Pay.gov Tracking ID: 25BEOJDB
Agency Tracking ID: 0758-1200086
Transaction Type: Sale
Transaction Date: Jul 5, 2013 3:37:51 PM

Account Holder Name: Susan Crawford
Transaction Amount: $400.00
Billing Address: 122 W. Washington Ave
Zip/Postal Code: 53703
Country: USA
Card Type: MasterCard
Card Number: ***********3908

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

CULLEN WESTON PINES & BACH LLP                                    028099

DATE    : Jan/17/2014
CHE #   : 28099
AMOUNT  : $72.19
ACCOUNT : GENERAL - 1
PAID TO : Wheaton Franciscan Healthcase - All Saints Inc


Wheaton Franciscan Healthcase - All Saints Inc

CLIENT : 10956 - Planned Parenthood of Wisconsin
MATTER : 10956-002

---

**CULLEN WESTON PINES & BACH LLP**         First Business Bank    79-578/759    CHECK NO.    028099
**ATTORNEYS AT LAW**                        Madison, WI 53711                                28099
122 W. WASHINGTON AVE., SUITE 900
MADISON, WI 53703-2717

Seventy Two ************************************************************* 19/100

                                                              DATE              AMOUNT
**PAY** TO THE ORDER OF                                   Jan/17/2014      $72.19

     Wheaton Franciscan Healthcase - All Saints Inc

                                                VOID AFTER 90 DAYS


     Wheaton Franciscan Healthcase - All Saints Inc

         ⑈028099⑈ ⑆075905787⑆ ⑈1041⑈840⑈00⑈

---

CULLEN WESTON PINES & BACH LLP                                    028099

DATE    : Jan/17/2014              ** GENERAL BALANCES **
CHE #   : 28099                    UNBILLED DISBS:              516.51
AMOUNT  : $72.19                   A/R BALANCE    :            2197.28
ACCOUNT : GENERAL - 1
PAID TO : Wheaton Franciscan Healthcase - All Saints Inc
Wheaton Franciscan Healthcase - All Saints Inc
10956 - Planned Parenthood of Wisconsin
MATTER :10956-002                  ** TRUST BALANCES **
LAWYER :Lester Pines
c/o Teri Huyck, President & CEO
302 N. Jackson Street
Milwaukee
Wisconsin
53202                              TRUST BALANCE :              0.00
Senate Bill 206

# C Lowrey Process Service

*Planned Parenthood*
*10956-002*

## Invoice

C Lowrey Process Service, Inc
2509 Crest Line Drive
Madison, WI 53704 US

(608)241-3834
clowreyprocessservice@yahoo.com

| Date | Invoice No. |
|------|-------------|
| 02/03/2014 | 20862 |

| Terms | Due Date |
|-------|----------|
| Net 15 | 02/18/2014 |

**Bill To**

Heidi
Cullen Weston Pines & Bach
122 W Washington Ave
Suite 900
Madison, WI 53703

| Amount Due | Enclosed |
|-----------|----------|
| $1,570.00 | |

*Please detach top portion and return with your payment.*

| Date | Activity | Amount |
|------|----------|--------|
| 01/17/2014 | 13CV465 Planned Parenthood vs JB Van Hollen, et al | 0.00 |
| 01/20/2014 | Served Waukesha Memorial Hospital, INc | 65.00 |
| 01/20/2014 | Served St Joseph's Community Hospital of WEst Bend, Inc | 65.00 |
| 01/20/2014 | Served Community Memorial Hospital of Menomonee Falls | 35.00 |
| 01/20/2014 | Served Froedtert Memorial Lutheran Hospital, Inc | 35.00 |
| 01/20/2014 | Served Mercy Medical Center of Oshkosh, Inc | 65.00 |
| 01/20/2014 | Served St Elizabeth Hospital, Inc | 35.00 |
| 01/20/2014 | Served Appleton Medical Center, Inc | 85.00 |
| 01/20/2014 | Served Post Acute Specialty Hospital Of Milwaukee, LLC | 55.00 |
| 01/21/2014 | Served Bellin Memorial Hospital, Inc | 75.00 |
| 01/21/2014 | Served St Mary's Hosp Medical Center of Green Bay, Inc | 75.00 |
| 01/21/2014 | Served Aurora Sinai Medical Center | 65.00 |
| 01/21/2014 | Served West Allis Memorial Hospital | 65.00 |
| 01/21/2014 | Served Aurora Medical Center Grafton, LLC | 65.00 |
| 01/21/2014 | Serfved Aurora St Luke's Medical Center | 65.00 |
| 01/21/2014 | Served Aurora St Luke's South Shore | 65.00 |
| 01/21/2014 | Served Wheaton Franciscan – St Joseph Hospital | 65.00 |
| 01/21/2014 | Served Aurora Medical Center of Oshkosh, Inc | 65.00 |
| 01/21/2014 | Served Wheaton Franciscan Healthcare | 65.00 |
| 01/21/2014 | Served Wheaton Franciscan Healthcare - Franklin, Inc | 35.00 |
| 01/21/2014 | Served Wheaton Franciscan Healthcare | 35.00 |
| 01/22/2014 | Served Columbia St Mary's Hospital Milwaukee, INc | 65.00 |
| 01/22/2014 | Served Columbia St Mary's Inc (Women's Hospital) | 65.00 |
| 01/22/2014 | Served Comubia St Mary's Hospital Ozaukee, INc | 65.00 |
| 01/22/2014 | SErved Columbia Center | 65.00 |
| 01/22/2014 | Served Wheaton Franciscan Healthcare | 65.00 |
| 01/22/2014 | Served Wheaton Franciscan Healthcare - All Saints, Inc | 65.00 |
| | **Total** | **$1,570.00** |

EIN # 45-2223916

Serving all of your legal papers for the entire State of Wisconsin.

Thank you for this opportunity! We truly appreciate your business and hope to
be of service in the near future.

**CULLEN WESTON PINES & BACH LLP**                                          028199

DATE    : Feb/11/2014
CHE #   : 28199
AMOUNT  : $321.95
ACCOUNT : GENERAL - 1
PAID TO : Halma-Jilek Reporting, Inc.
          207 East Michigan St., Suite 404
          Milwaukee
          WI
          53202

Halma-Jilek Reporting, Inc./Court Reporter Fees    Inv. #117728

CLIENT: 10956 - Planned Parenthood of Wisconsin
MATTER: 10956-002

---

**CULLEN WESTON PINES & BACH LLP**     First Business Bank  79-578/759   CHECK NO.      028199
**ATTORNEYS AT LAW**                   Madison, WI 53711                               28199
122 W. WASHINGTON AVE., SUITE 900
MADISON, WI 53703-2717

Three Hundred Twenty One ********************************************* 95/100

                                                DATE              AMOUNT
**PAY** TO THE ORDER OF
                                         Feb/11/2014    $321.95

      Halma-Jilek Reporting, Inc.
      207 East Michigan St., Suite 404
      Milwaukee, WI 53202                  **VOID AFTER 90 DAYS**

      Halma-Jilek Reporting, Inc./Court Reporter Fees    Inv. #117728

            ⑈028199⑈ ⑆075905787⑆ ⑈1041⑈840⑈00⑈

---

**CULLEN WESTON PINES & BACH LLP**                                          028199

DATE    : Feb/11/2014          ** GENERAL BALANCES **
CHE #   : 28199                UNBILLED DISBS:              1617.70
AMOUNT  : $321.95              A/R BALANCE    :            24565.50
ACCOUNT : GENERAL - 1
PAID TO: Halma-Jilek Reporting, Inc.
Halma-Jilek Reporting, Inc./Court Reporter Fees   Inv. #117728
10956 - Planned Parenthood of Wisconsin
MATTER :10956-002              ** TRUST BALANCES **
LAWYER :Lester Pines
c/o Teri Huyck, President & CEO
302 N. Jackson Street
Milwaukee
Wisconsin
53202                         TRUST BALANCE :                0.00
Senate Bill 206

# INVOICE

HALMA-JILEK REPORTING, INC
207 EAST MICHIGAN STREET
SUITE 404
MILWAUKEE, WI 53202
Phone:414-271-4466  Fax:414-271-0106

*Bill to:*
*Planned*
*Parenthood*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117728 | 2/7/2014 | 64926 |

| Job Date | Case No. |
|---|---|
| 1/30/2014 | 13-CV-0478 |

| Case Name |
|---|
| PLANNED PARENTHOOD OF WI, INC. VS J.B. VAN HOLLEN |

| Payment Terms |
|---|
| NET 30 DAYS 1.5% INTEREST PER MONTH |

MS. SUSAN M. CRAWFORD
CULLEN, WESTON, PINES & BACH, LLP
122 WEST WASHINGTON AVENUE
SUITE 900
MADISON, WI 53703

| | |
|---|---|
| COPY (FULL SIZE, COMPRESSED, PDF) | 110.40 |
| ▅▅▅▅▅▅ | |
| COPY (FULL SIZE, COMPRESSED, PDF) | 96.60 |
| KATHY KING, M.D. | |
| COPY (FULL SIZE, COMPRESSED, PDF) | 94.30 |
| TERI HUYCK | 15.00 |
| PROCESSING | |
| POSTAGE | 5.65 |
| **TOTAL DUE >>>** | **$321.95** |

NET 30 DAYS 1.5% INTEREST PER MONTH

VISIT OUR WEB SITE  WWW.HALMAJILEK.COM
WBE CERTIFIED, WOMEN-OWNED BUSINESS

(WE ACCEPT MASTERCARD/VISA/AMERICAN EXPRESS)

**Tax ID:** 39-1592529

Phone: 608-251-0101   Fax:608-251-2883

*Please detach bottom portion and return with payment.*

MS. SUSAN M. CRAWFORD
CULLEN, WESTON, PINES & BACH, LLP
122 WEST WASHINGTON AVENUE
SUITE 900
MADISON, WI 53703

Job No.      : 64926        BU ID      : 1-MAIN
Case No.    : 13-CV-0478
Case Name : PLANNED PARENTHOOD OF WI, INC. VS J.B.
                   VAN HOLLEN

Invoice No. : 117728        Invoice Date : 2/7/2014
**Total Due  : $ 321.95**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____       Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **HALMA-JILEK REPORTING, INC**
                  **207 EAST MICHIGAN STREET**
                  **SUITE 404**
                  **MILWAUKEE, WI 53202**

**CULLEN WESTON PINES & BACH LLP**

028213

```
DATE    : Feb/17/2014
CHE #   : 28213
AMOUNT  : $65.00
ACCOUNT: GENERAL - 1
PAID TO: C Lowery Process Service
         2509 Crest Line Drive
         Madison
         Wisconsin
         53704


C Lowery Process Service - Inv. #21175

CLIENT: 10956 - Planned Parenthood of Wisconsin
MATTER: 10956-002
```

---

**CULLEN WESTON PINES & BACH LLP**
**ATTORNEYS AT LAW**
122 W. WASHINGTON AVE., SUITE 900
MADISON, WI 53703-2717

First Business Bank    79-578/759    CHECK NO.    028213
Madison, WI 53711                                  28213

Sixty Five ********************************************************** 00/100

**PAY** TO THE ORDER OF

DATE                  AMOUNT
Feb/17/2014   $65.00

C Lowery Process Service
2509 Crest Line Drive
Madison, Wisconsin 53704

VOID AFTER 90 DAYS

C Lowery Process Service - Inv. #21175

⑈028213⑈ ⑆075905787⑈ ⑈1041⑈840⑈00⑈

---

**CULLEN WESTON PINES & BACH LLP**

028213

```
DATE    : Feb/17/2014
CHE #   : 28213
AMOUNT  : $65.00
ACCOUNT: GENERAL - 1
PAID TO: C Lowery Process Service
C Lowery Process Service - Inv. #21175
10956 - Planned Parenthood of Wisconsin
MATTER :10956-002
LAWYER :Lester Pines
c/o Teri Huyck, President & CEO
302 N. Jackson Street
Milwaukee
Wisconsin
53202
Senate Bill 206
```

```
** GENERAL BALANCES **
UNBILLED DISBS:          1949.37
A/R BALANCE    :        24565.50


** TRUST BALANCES **



TRUST BALANCE :             0.00
```

# C Lowrey Process Service

C Lowrey Process Service, Inc
2509 Crest Line Drive
Madison, WI 53704 US

(608)241-3834
clowreyprocessservice@yahoo.com

## Invoice

| Date | Invoice No. |
|---|---|
| 02/12/2014 | 21175 |

| Terms | Due Date |
|---|---|
| Net 15 | 02/27/2014 |

| Bill To |
|---|
| LAP:hkb
Cullen Weston Pines & Bach
122 W Washington Ave
Suite 900
Madison, WI 53703 |

| Amount Due | Enclosed |
|---|---|
| $65.00 | |

Please detach top portion and return with your payment.

| Date | Activity | Amount |
|---|---|---|
| 02/11/2014 | 13CV465 Planned Parenthood vs JB Van HOllen - served Rita Hanson MD Chief Medical Officer for Wheaton Franciscan Healthcare | 65.00 |
| | | |
| | **Total** | **$65.00** |

EIN # 45-2223916

Serving all of your legal papers for the entire State of Wisconsin.

Thank you for this opportunity! We truly appreciate your business and hope to be of service in the near future.

**CULLEN WESTON PINES & BACH LLP**

028270

```
DATE    : Feb/28/2014
CHE #   : 28270
AMOUNT  : $434.95
ACCOUNT : GENERAL - 1
PAID TO : For The Record
          P.O. Box 5254
          Madison
          WI
          53705-0254
```

For The Record - Inv. 18287 & 18289

---

**CULLEN WESTON PINES & BACH LLP**
**ATTORNEYS AT LAW**
122 W. WASHINGTON AVE., SUITE 900
MADISON, WI 53703-2717

First Business Bank    79-578/759    **CHECK NO.**    028270
Madison, WI 53711                                     28270

Four Hundred Thirty Four ********************************************** 95/100

| | **DATE** | **AMOUNT** |
|---|---|---|
| **PAY** TO THE ORDER OF | Feb/28/2014 | $434.95 |

For The Record
P.O. Box 5254
Madison, WI 53705-0254

**VOID AFTER 90 DAYS**

For The Record - Inv. 18287 & 18289

⑈028270⑈ ⑇075905787⑇ ⑈1041⑈840⑈00⑈

---

**CULLEN WESTON PINES & BACH LLP**

028270

```
DATE    : Feb/28/2014
CHE #   : 28270
AMOUNT  : $434.95
ACCOUNT : GENERAL - 1
PAID TO : For The Record
For The Record - Inv. 18287 & 18289
```

```
ALLOCATIONS: Matter or <G/L Account>
10956-002   :        384.95 11182-001   :      50.00
G/L ALLOCATION
5400        :        384.95 5400        :      50.00
```

10956-002    *Planned Parenthood*

**For The Record, Inc.**
Excellence In Court Reporting

Cullen Weston Pines & Bach LLP
Attorney Lester A. Pines
122 West Washington Avenue, Suite 900
Madison, WI 53703

Invoice No. 18289

Date: 2/27/2014

Reporter: Carmen Harder, RPR

Federal ID No. 20-0145264

Planned Parenthood of Wisconsin, Inc. v.
J.B. Van Hollen, et al.
Western District of Wisconsin
Case No. 13-C-465

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 2/27/2014 | DEPOSITION OF RITA M. HANSON, M.D. | |
| | Original and One Copy - Expedited | 299.25 |
| | Attendance of Court Reporter in Glendale | 50.00 |
| | Photocopies of Exhibits and | 35.70 |
| | Exhibits in Searchable PDFs via E-mail | |
| | E-Transcript, ASCII, and PDFs via E-mail - N/C | |
| | Condensed Transcript and Word Index - N/C | |
| | | |
| | Thank you! | |

**TOTAL**          $384.95

Make Check Payable to: For The Record, Inc.
Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 | Madison, WI 53705 | **T** (608) 833-0392 | (888) 892-0392 | **F** (608) 833-0682 | office@fortherecordmadison.com
**www.fortherecordmadison.com**

# C Lowrey Process Service

C Lowrey Process Service, Inc
2509 Crest Line Drive
Madison, WI 53704 US

(608)241-3834
clowreyprocessservice@yahoo.com

## Invoice

| Date | Invoice No. |
|------|-------------|
| 03/10/2014 | 22119 |
| Terms | Due Date |
| Net 15 | 03/25/2014 |

| Bill To |
|---------|
| Cullen Weston Pines & Bach
Lester Pines
122 W Washington Ave
Suite 900
Madison, WI 53703 |

| Amount Due | Enclosed |
|------------|----------|
| $55.00 | |

><  Please detach top portion and return with your payment.  ><

| Date | Activity | Amount |
|------|----------|--------|
| 03/07/2014 | 13CV465 Planned parenthood v. JB Van Hollen - served Stephan Miller | 55.00 |
| | Total | $55.00 |

EIN # 45-2223916

Serving all of your legal papers for the entire State of Wisconsin.

Thank you for this opportunity! We truly appreciate your business and hope to
be of service in the near future.

028514

**CULLEN WESTON PINES & BACH LLP**
```
DATE    : Apr/22/2014
CHE #   : 28514
AMOUNT  : $105.67
ACCOUNT : GENERAL - 1
PAID TO : Fed Ex
          P.O. Box 94515
          Palatine
          IL
          60094-4515
```

FedEx - Document delivery

---

**CULLEN WESTON PINES & BACH LLP**
**ATTORNEYS AT LAW**
122 W. WASHINGTON AVE., SUITE 900
MADISON, WI 53703-2717

First Business Bank    79-578/759    CHECK NO.    028514
Madison, WI 53711                                  28514

One Hundred Five ******************************************** 67/100

| | DATE | AMOUNT |
|---|---|---|
| **PAY** TO THE ORDER OF | Apr/22/2014 | $105.67 |

Fed Ex
P.O. Box 94515
Palatine, IL 60094-4515

VOID AFTER 90 DAYS

FedEx - Document delivery

⑆028514⑆ ⑉075905787⑉ ⑈1041⑈840⑈00⑈

---

028514

**CULLEN WESTON PINES & BACH LLP**
```
DATE    : Apr/22/2014
CHE #   : 28514
AMOUNT  : $105.67
ACCOUNT : GENERAL - 1
PAID TO : Fed Ex
FedEx - Document delivery
ALLOCATIONS: Matter or <G/L Account>
11423-001   :       21.42 10956-002   :       84.25
G/L ALLOCATION
5400        :       21.42 5400        :       84.25
```

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Apr 07, 2014     **Cust. Ref.:** 10956 002     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $83.29
- Distance Based Pricing, Zone 2
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | LESTER A PINES | LENA WOOD | |
| Tracking ID | 801994415732 | CULLEN WESTON PINES & BACH | - | |
| Service Type | FedEx Priority Overnight | 122 W WASHINGTON AVE STE 900 | 73 LAKE ST | |
| Package Type | FedEx Pak | MADISON WI 53703-2718 US | OSHKOSH WI 54901 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 24.30 |
| Delivered | Apr 08, 2014 10:03 | Residential Delivery | | 3.35 |
| Svc Area | A2 | Fuel Surcharge | | 2.64 |
| Signed by | see above | Earned Discount | | -1.22 |
| FedEx Use | 009756978/0001486/02 | **Total Charge** | **USD** | **$29.07** |

**Picked up:** Apr 08, 2014     **Cust. Ref.:** 10956 002     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $83.29
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 54914 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | LENA WOOD | LESTER A PINES | |
| Tracking ID | 801994415309 | CULLEN WESTON PINES & BACH | CULLEN WESTON PINES BACH LLP | |
| Service Type | FedEx Priority Overnight | 122 W WASHINGTON AVE STE 900 | 122 W WASHINGTON STE 900 | |
| Package Type | Customer Packaging | MADISON WI 53703-2718 US | MADISON WI 53703 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 24.30 |
| Delivered | Apr 09, 2014 15:58 | Earned Discount | | -1.22 |
| Svc Area | A1 | Courier Pickup Charge | | 4.00 |
| Signed by | .PETRIE | Fuel Surcharge | | 2.71 |
| FedEx Use | 009870172/0001486/_ | **Total Charge** | **USD** | **$29.79** |

1105-01-00-0046779-0000-0112182

**CULLEN WESTON PINES & BACH LLP**

```
DATE    : Apr/25/2014
CHE #   : 28532
AMOUNT  : $572.90
ACCOUNT : GENERAL - 1
PAID TO : For The Record
          P.O. Box 5254
          Madison
          WI
          53705-0254
```

028532

For The Record - Court Reporter Fees - Inv#18540

CLIENT: 10956 - Planned Parenthood of Wisconsin
MATTER: 10956-002

---

**CULLEN WESTON PINES & BACH LLP**
**ATTORNEYS AT LAW**
122 W. WASHINGTON AVE., SUITE 900
MADISON, WI  53703-2717

First Business Bank   79-578/759   **CHECK NO.**   028532
Madison, WI 53711                                   28532

Five Hundred Seventy Two ************************************************* 90/100

| | **DATE** | **AMOUNT** |
|---|---|---|
| **PAY** TO THE ORDER OF | Apr/25/2014 | $572.90 |

```
For The Record
P.O. Box 5254
Madison, WI 53705-0254
```

**VOID AFTER 90 DAYS**

For The Record - Court Reporter Fees - Inv#18540

⑈028532⑈ ⑆075905787⑇ ⑈1041⑈840⑈00⑈

---

**CULLEN WESTON PINES & BACH LLP**

028532

```
DATE    : Apr/25/2014
CHE #   : 28532
AMOUNT  : $572.90
ACCOUNT : GENERAL - 1
PAID TO : For The Record
For The Record - Court Reporter Fees - Inv#18540
10956 - Planned Parenthood of Wisconsin
MATTER :10956-002
LAWYER :Lester Pines
c/o Teri Huyck, President & CEO
302 N. Jackson Street
Milwaukee
Wisconsin
53202
Senate Bill 206
```

| ** GENERAL BALANCES ** | |
|---|---|
| UNBILLED DISBS: | 189.21 |
| A/R BALANCE  : | 0.00 |

** TRUST BALANCES **

| TRUST BALANCE : | 0.00 |
|---|---|

10956-002



Planned Parenthood

For The **Record** Inc.

Excellence In Court Reporting

Cullen Weston Pines & Bach LLP
Attorney Lester A. Pines
122 West Washington Avenue, Suite 900
Madison, WI 53703

Invoice No. 18540

Date: 4/21/2014

Reporter: Susan C. Milleville

Planned Parenthood of Wisconsin, Inc. v.
J.B. Van Hollen, et al.
Western District of Wisconsin
Case No. 13-C-465

Federal ID No. 20-0145264

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 4/11/2014 | DEPOSITION OF LENA G. WOOD | |
| | Original and One Copy | 457.50 |
| | Attendance of Court Reporter in Oshkosh | 100.00 |
| | Photocopies of Exhibits and | |
| | Exhibits in Searchable PDFs via E-mail | 15.40 |
| | E-Transcript, ASCII, and PDFs via E-mail - N/C | |
| | Condensed Transcript and Word Index - N/C | |

Thank you!

**TOTAL** $572.90

Make Check Payable to: For The Record, Inc.
Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 | Madison, WI 53705 | T (608) 833-0392 | (888) 892-0392 | F (608) 833-0682 | office@fortherecordmadison.com
**www.fortherecordmadison.com**

CULLEN WESTON PINES & BACH LLP                                      028651

DATE    : May/22/2014
CHE #   : 28651
AMOUNT  : $633.79
ACCOUNT : GENERAL - 1
PAID TO : Kwik Kopy Printing
          14 W. Mifflin
          Madison
          WI
          53703


Kwik Kopy Printing - Inv. #25162

CLIENT: 10956 - Planned Parenthood of Wisconsin
MATTER: 10956-002

---

**CULLEN WESTON PINES & BACH LLP**       First Business Bank    79-578/759    CHECK NO.    028651
**ATTORNEYS AT LAW**                     Madison, WI 53711                                 28651
122 W. WASHINGTON AVE., SUITE 900
MADISON, WI  53703-2717

Six Hundred Thirty Three ***************************************** 79/100

                                                   DATE              AMOUNT
**PAY** TO THE ORDER OF
                                        May/22/2014      $633.79

      Kwik Kopy Printing
      14 W. Mifflin
      Madison, WI 53703                  VOID AFTER 90 DAYS


      Kwik Kopy Printing - Inv. #25162

      ⑈028651⑈ ⑆075905787⑆ ⑈1041⑈840⑈00⑈

---

CULLEN WESTON PINES & BACH LLP                                      028651

DATE    : May/22/2014                  ** GENERAL BALANCES **
CHE #   : 28651                        UNBILLED DISBS:              189.56
AMOUNT  : $633.79                      A/R BALANCE    :               0.00
ACCOUNT : GENERAL - 1
PAID TO : Kwik Kopy Printing
Kwik Kopy Printing - Inv. #25162
10956 - Planned Parenthood of Wisconsin
MATTER :10956-002                      ** TRUST BALANCES **
LAWYER :Lester Pines
c/o Teri Huyck, President & CEO
302 N. Jackson Street
Milwaukee
Wisconsin
53202                                  TRUST BALANCE :               0.00
Senate Bill 206

# Kwik Kopy Printing

14 W Mifflin St. LL-1
Madison, WI 53703

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2014 | 25162 |

| Bill To |
|---------|
| Cullen Weston Pines & Bach<br>Genny |

| | Project |
|---|---------|
| | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6,675 | Re: Planned Parenthood | 0.09 | 600.75T |
| | Sales Tax | 5.50% | 33.04 |

| | **Total** | $633.79 |
|---|-----------|---------|

| Phone # |
|---------|
| 608.257.8488 |

| E-mail |
|--------|
| kwikkopy335@att.net |

**CULLEN WESTON PINES & BACH LLP**
122 West Washington Avenue, Suite 900
Madison, WI 53703
(608) 251-0101


PRIVILEGED & CONFIDENTIAL


June 3, 2014
Planned Parenthood                                              Client:    10956-001
ATTN:   Carrie Y. Flaxman
1110 Vermont Avenue, NW, Suite 300
Washington, DC    20005

---

Expert fees for Serdar E. Bulun, MD                      $   5,000.00
March 11, April 14, May 27 & May 29, 2014


One half services due from Planned Parent               $   2,500.00
Please issue check to Cullen Weston Pines & Bach LLP


**TOTAL AMOUNT DUE FROM PLANNED PARENTHOOD**     $   2,500.00


See attached itemized statement for details - itemized
statement for informational purposes only

**CULLEN WESTON PINES & BACH LLP**                                              028692

DATE    : Jun/ 3/2014
CHE #   : 28692
AMOUNT  : $5,000.00
ACCOUNT : GENERAL - 1
PAID TO : Serdar E. Bulun, MD


Serdar E. Bulun, MD - Expert Fees - March 11, April 14 & May 27,2014   .

**CULLEN WESTON PINES & BACH LLP**         First Business Bank   79-578/759   CHECK NO.        028692
**ATTORNEYS AT LAW**                       Madison, WI 53711
122 W. WASHINGTON AVE., SUITE 900                                                              28692
MADISON, WI 53703-2717

Five Thousand   *********************************************** 00/100

**PAY** TO THE ORDER OF                                        DATE              AMOUNT

                                                        Jun/ 3/2014       $5,000.00
        Serdar E. Bulun, MD

                                                   **VOID AFTER 90 DAYS**

        Serdar E. Bulun, MD - Expert Fees - March 11, April 14 & May 27, 2014

       ⑈028692⑈ ⑆075905787⑆ ⑈1041⑈840⑈00⑈

**CULLEN WESTON PINES & BACH LLP**                                              028692
DATE    : Jun/ 3/2014
CHE #   : 28692
AMOUNT  : $5,000.00
ACCOUNT : GENERAL - 1
PAID TO : Serdar E. Bulun, MD
Serdar E. Bulun, MD - Expert Fees - March 11, April 14 & May 27, 2014
ALLOCATIONS: Matter or <G/L Account>
<G/L 8160>    :    5000.00
G/L ALLOCATION
8160          :    5000.00

United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 North Henry Street, Room 560
Madison, Wisconsin 53703

Chambers of
William M. Conley
District Judge

Telephone
608-264-5087

May 29, 2014

Attorney Lester Pines
Cullen, Weston, Pines & Bach
122 W. Washington Ave., Ste. 900
Madison, WI 53703

AAG Maria Lazar
Wisconsin Dept. of Justice
PO Box 7857
Madison, WI 53707-7857

Dear Counsel,

Enclosed please find Dr. Bulun's invoice in the amount of $10,000, half of which to be
paid by plaintiffs and half of which to be paid by defendants. Payment by each side in
the amount of $5,000 should be made payable to "Serdar E. Bulun, MD" and directed to
him c/o Department of Obstetrics and Gynecology, Northwestern University Feinberg
School of Medicine, 250 East Superior Street, Suite 03-2306, Chicago, Illinois 60611.
Please also notify the court when payment has been sent.

Sincerely,

William M. Conley

WMC/mfh

enc.

# INVOICE

**Serdar E. Bulun, MD**
**SS#** ████████

Judge William Conley
USDC - Western District of Wisconsin
120 N. Henry Street, Room 560
Madison, WI  53703

| Date | Description | Amount Due |
|---|---|---|
| March 11, April 14, May 27, 2014 | 12 hours Prep time for reports received March 11, second reports received April 14, third batch of reports proposed facts received May 27, 2014 @ $500.00 per hour | $6,000 |
| May 29, 2014 | 8 hour testimony@ $500.00 per hour | $4,000 |
| | **Balance Fee Due** | **$10,000** |



**PAY ORDER**

| Requested by: | ██████████ |
|---|---|
| Department: | |

| Extension: | ██████████ |
|---|---|
| Date: | 6/11/14 |

| DESCRIPTION OF SERVICE: | Expedited Trial Transcripts |
|---|---|

| PAYEE: | Cheryl A. Seeman |
|---|---|

| ADDRESS: | 120 North Henry Street, Room 520 |
|---|---|
| | Madison, WI 53703 |

| VENDOR ID # | |
|---|---|
| INVOICE # | 65114 |
| INVOICE DATE | 6/10/14 |
| INVOICE DUE DATE | 7/10/14 |

**Mandatory**

| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | $1,875.58 | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | TOTAL: | $1,875.58 | | | |

SPECIAL REQUIREMENTS

| Signatory checked by: | _____ | Date: | _____ |
|---|---|---|---|
| Director's review: | _____ | Date: | _____ |

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| INVOICE | NUMBER 65114 |
|---|---|

TO: Planned Parenthood Federation of America
BY: CARRIE Y. FLAXMAN
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005

PHONE: (202) 973-4800

FAX:

MAKE CHECK PAYABLE TO:

Cheryl A. Seeman
120 North Henry Street, Room 520
Madison, Wisconsin 53703

PHONE: (608) 255-3821

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED 05/30/2014 | DATE DELIVERED 06/05/1014 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
PLANNED PARENTHOOD of WI, et al. v. VAN HOLLEN, J.B., et al.      Case No. 13-CV-465-WMC

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | 135 | 2.13 | 287.55 | 135 | 0.45 | 60.75 | | | 0.00 | 348.30 |
| Expedited | 481 | 2.43 | 1,168.83 | 481 | 0.45 | 216.45 | 142 | 1.00 | 142.00 | 1,527.28 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): 5/27/2014, 5/29/2014 | TOTAL | 1.875.58 |
|---|---|---|
| First and Third Day Court Trial | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 1.875.58 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /s/   Cheryl A. Seeman, RMR, CRR | DATE 06/10/2014 |
|---|---|

DISTRIBUTION:     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR



Planned Parenthood®
Care. No matter what.

**PAY ORDER**

REQUEST/APPROVAL

| Requested by: | |
|---|---|
| Department: | |

| DESCRIPTION OF SERVICE: | Trial transcript |
|---|---|

| PAYEE: | Lynette Swanson | VENDOR ID # | |
|---|---|---|---|
| ADDRESS | Federal Court Reporter | INVOICE # | 1396 |
| | 1209 Norht Henry St., Rm 520 | | |
| | Madison, WI 53703 | INVOICE DATE | 6/2/14 |
| | | INVOICE DUE DATE | 7/2/14 |

| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | 543.2 | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |

TOTAL: $ 543.20

SPECIAL REQUIREMENTS

BUDGET USE ONLY

| Signatory checked by: | | Date: | |
|---|---|---|---|
| Director's review: | | Date: | |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1396<br>Call Number: |
|---|---|
| TO: **Planned Parenthood Federation**<br>Carrie.flaxman@ppfa.org | **MAKE CHECK PAYABLE TO:**<br><br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry St., Rm. 520<br>Madison, Wisconsin 53703 |

## TRANSCRIPTS:

| Case Type: Civil | Date Ordered: 5-30-14 | Date Delivered: 6-2-14 |
|---|---|---|

**In the matter of Planned Parenthood et al v. Van Hollen et al.   13-CV-465-WMC**

**Stenographic transcript of trial held before Chief Judge William M. Conley**

| May 28, 2014 | 146 pgs. @ $4.85 (7-day delivery) | $ 708.10 |
|---|---|---|
| May 30, 2014 | 78 pgs. @ $4.85 (7-day delivery) | 378.30 |

**(invoice divided equally between parties)**

**TOTAL:   $543.20**

## CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.


 _/s/_____     Date: __6-2-14_____
Lynette Swenson



# Planned Parenthood®
### Care. No matter what.

**PAY ORDER**

REQUEST/APPROVAL

| Requested by: | ███████ |
|---|---|
| Department: | |

| Extension: | ██████ |
|---|---|
| Date: | 6/3/14 |

| DESCRIPTION OF SERVICE: | Typesetting and printing for SCOTUS brief |
|---|---|

| PAYEE: | Record Press |
|---|---|

| VENDOR ID # | 13-5654060 |
|---|---|
| INVOICE # | 89882 |
| INVOICE DATE | 5/29/14 |
| INVOICE DUE DATE | 6/13/14 |

| ADDRESS | 229 West 36th St, 8th Floor |
|---|---|
| | New York, NY 10018 |

| | | Mandatory | | | | | | | | | DIMENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | |
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | $1,924.59 | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | TOTAL: | $ 1,924.59 | | | |

SPECIAL REQUIREMENTS

BUDGET USE ONLY

| Signatory checked by: | _____ | Date: | _____ |
|---|---|---|---|
| Director's review: | _____ | Date: | _____ |



# Record PRESS

Appellate Management Document Solutions

229 West 36th Street, 8th Floor, New York, NY 10018
Phone: (212) 619-4949 ▪ Fax: (917) 677-8887
E-mail: accounting@recordpress.com
Tax I.D.: 13-5654060
E-Z Pay: payments.recordpress.com

## INVOICE 89882
**Refer Invoice # with Payment**

**SOLD TO:** PLANNED PARENTHOOD
FEDERATION OF AMERICA
1110 VERMONT AVENUE, NW SUITE 300
WASHINGTON, D.C. 20005-6300

| INVOICE DATE |
| --- |
| 5/29/2014 |
| **CUSTOMER PHONE** |
| 202 973-4850 |
| **CUSTOMER FAX** |
| 202 296-3480 |

| PURCHASE ORDER... | PRINT ORDER No. | Due Date | NET TERMS | ACCT ... | PROGRAM No. | JOB NUMBER |
| --- | --- | --- | --- | --- | --- | --- |
| | | 6/13/2014 | Net 15 | VM | | 62428 |

### VAN HOLLEN v PLANNED PARENTHD

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| | For composition, proofs and printing 46 copies of the above-referenced 35 page: BRIEF IN OPPOSITION Supreme Court of the United States | | |
| 1 | 2-Sided Cover @ | 180.00 | 180.00 |
| 35 | Typeset & Print Pages Text Brief @ | 47.00 | 1,645.00 |
| 1 | Word Count Certification @ NO CHARGE | 0.00 | 0.00 |
| | SUB-TOTAL | | 1,825.00 |
| 1 | PRO BONO DISCOUNT | -20.00% | -365.00 |
| 2.5 | Hours of Author's Alterations @ | 85.00 | 212.50 |
| 1 | Electronic Service @ | 65.00 | 65.00 |
| 1 | Party Served and Filed @ | 90.00 | 90.00 |
| | SUB-TOTAL | | 1,827.50 |
| 1 | Postage for "Filed" Stamped Book @ | 1.48 | 1.48 |
| 3 | Federal Express Priority Overnight Shipment @ | 31.87 | 95.61 |

Introducing E-Z Pay
For your convenience credit cards payments can be
processed through our link
https://payments.recordpress.com/

| | |
| --- | --- |
| **SUBTOTAL** | $1,924.59 |
| **TAX (0.0%)** | $0.00 |
| **TOTAL** | $1,924.59 |

## Thank you for your business.

| | |
| --- | --- |
| **MONEY ON ACC'T** | $0.00 |
| **BALANCE DUE** | $1,924.59 |

**Planned Parenthood**
Care. No matter what.

**PAY ORDER**

REQUEST/APPROVAL

| Requested by: | ███████ | | Extension: | ███████ |
|---|---|---|---|---|
| Department: | | | Date: | 5/7/14 |

| DESCRIPTION OF SERVICE: | Deposition Transcript | | | |
|---|---|---|---|---|
| PAYEE: | Halma-Jilek Reporting, Inc. | | VENDOR I.D # | 35-1592529 |
| ADDRESS | 207 East Michigan Street | | INVOICE # | 118099 |
| | Suite 404 | | | |
| | Milwaukee, WI 53202 | | INVOICE DATE | 4/29/14 |
| | | | INVOICE DUE DATE | 5/29/114 |

| | | Mandatory | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | 254.2 | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | TOTAL: | 254.2 | | | |

SPECIAL REQUIREMENTS

BUDGET USE ONLY

| Signatory checked by: | _____ | Date: | _____ |
|---|---|---|---|
| Director's review: | _____ | Date: | _____ |

# INVOICE

HALMA-JILEK REPORTING, INC
207 EAST MICHIGAN STREET
SUITE 404
MILWAUKEE, WI 53202
Phone:414-271-4466  Fax:414-271-0106

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118099 | 4/29/2014 | 65193 |
| **Job Date** | **Case No.** | |
| 4/21/2014 | 13-CV-0478 | |
| **Case Name** | | |
| PLANNED PARENTHOOD OF WI, INC. VS J.B. VAN HOLLEN | | |
| **Payment Terms** | | |
| NET 30 DAYS 1.5% INTEREST PER MONTH | | |

MS. CARRIE Y. FLAXMAN
PLANNED PARENTHOOD FEDERATION OF AMERICA,
INC.
1110 VERMONT AVENUE, NW
SUITE 300
WASHINGTON, DC  20005

COPY (E-TRANSCRIPT ONLY)

| | | |
|---|---|---|
| STEPHEN HARGARTEN, M.D. | | 216.20 |
| Exhibit | 92.00  Pages | 23.00 |
| PROCESSING | | 15.00 |
| | **TOTAL DUE  >>>** | **$254.20** |

NET 30 DAYS 1.5% INTEREST PER MONTH

VISIT OUR WEB SITE  WWW.HALMAJILEK.COM
WBE CERTIFIED, WOMEN-OWNED BUSINESS

(WE ACCEPT MASTERCARD/VISA/AMERICAN EXPRESS)

**Tax ID:** 39-1592529                                    Phone:    Fax:

*Please detach bottom portion and return with payment.*

MS. CARRIE Y. FLAXMAN
PLANNED PARENTHOOD FEDERATION OF AMERICA,
INC.
1110 VERMONT AVENUE, NW
SUITE 300
WASHINGTON, DC  20005

Job No.     : 65193          BU ID      :1-MAIN
Case No.    : 13-CV-0478
Case Name : PLANNED PARENTHOOD OF WI, INC. VS J.B.
              VAN HOLLEN

Invoice No. : 118099        Invoice Date :4/29/2014
**Total Due  : $ 254.20**

Remit To:  **HALMA-JILEK REPORTING, INC**
           **207 EAST MICHIGAN STREET**
           **SUITE 404**
           **MILWAUKEE, WI  53202**

**PAYMENT WITH CREDIT CARD**    AMEX  MASTER  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



**Planned Parenthood®**
Care. No matter what.

REQUEST/APPROVAL

**PAY ORDER**

| Requested by: | ████████ | Extension: | ████████ |
|---|---|---|---|
| Department: | | Date: | ~~5/12/14~~ |

| DESCRIPTION OF SERVICE: | Deposition Transcript | | |
|---|---|---|---|
| PAYEE: | Gramman Reporting, Ltd. | VENDOR ID # | 39-1582838 |
| ADDRESS | 740 N. Plankinton Ave, Suite 400 | INVOICE # | 217196 |
| | Milwaukee, WI 53203 | INVOICE DATE | 5/1/14 |
| | | INVOICE DUE DATE | 6/10/14 |

**Mandatory**

| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | $215.30 | *(signature)* | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | TOTAL: | $ 215.30 | | | |

SPECIAL REQUIREMENTS

BUDGET USE ONLY

| Signatory checked by: | _____ | Date: | _____ | _____ |
|---|---|---|---|---|
| Director's review: | _____ | Date: | _____ | |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 217196 | 5/1/2014 | 121154 |
| **Job Date** | **Case No.** | |
| 4/23/2014 | 13-CV-465 | |
| **Case Name** | | |

Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van Hollen, et al.

| **Payment Terms** |
|---|
| Due upon receipt |

Ms. Diana O. Salgado
Planned Parenthood Federation of America
434 West 33rd Street
New York NY 10001

---

1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Confidential Deposition of Clare Hohensee | 88.00 Pages | 206.80 |
| Exhibit Scanning | 14.00 Pages | 3.50 |
| Handling | | 5.00 |
| | **TOTAL DUE >>>** | **$215.30** |
| | AFTER 6/10/2014 PAY | $226.07 |

TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Ms. Diana O. Salgado
Planned Parenthood Federation of America
434 West 33rd Street
New York NY 10001

Invoice No.    :  217196
Invoice Date  :  5/1/2014
**Total Due     :  $ 215.30**
AFTER 6/10/2014 PAY $226.07

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.      :  121154
BU ID        :  1-MAIN
Case No.     :  13-CV-465
Case Name    :  Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van Hollen, et al.

**Planned Parenthood** · Care. No matter what.

REQUEST/APPROVAL

**PAY ORDER**

| Requested by: | ███████ | | Extension: | ████ |
|---|---|---|---|---|
| Department: | ███████ | | Date: | 5/7/14 |

| DESCRIPTION OF SERVICE: | Deposition Transcript |
|---|---|

| PAYEE: | Halma-Jilek Reporting, Inc. | | VENDOR ID #: | 39-1592529 |
|---|---|---|---|---|
| ADDRESS | 207 East Michigan Street | | INVOICE #: | 118136 |
| | Suite 404 | | | |
| | Milwaukee, WI 53202 | | INVOICE DATE: | 5/2/14 |
| | | | INVOICE DUE DATE: | 6/2/14 |

**Mandatory**

| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | $640.85 | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | TOTAL: | $640.85 | | | |

SPECIAL REQUIREMENTS

BUDGET USE ONLY

| Signatory checked by: | _____ | Date: | _____ |
|---|---|---|---|
| Director's review: | _____ | Date: | _____ |

# INVOICE

HALMA-JILEK REPORTING, INC
207 EAST MICHIGAN STREET
SUITE 404
MILWAUKEE, WI 53202
Phone:414-271-4466  Fax:414-271-0106

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118136 | 5/2/2014 | 65194 |
| **Job Date** | **Case No.** | |
| 4/24/2014 | 13-CV-0478 | |
| **Case Name** | | |
| PLANNED PARENTHOOD OF WI, INC. VS J.B. VAN HOLLEN | | |

MS. DIANA O. SALGADO
PLANNED PARENTHOOD FEDERATION OF AMERICA
434 WEST 33RD AVENUE
NEW YORK, NY 10001

| **Payment Terms** |
|---|
| NET 30 DAYS 1.5% INTEREST PER MONTH |

COPY (E-TRANSCRIPT ONLY)
  TERESA A. HUYCK

     Exhibit                 185.00 Pages

    PROCESSING

COPY (E-TRANSCRIPT ONLY)
  KATHY A. KING, M.D.

| | | |
|---|---|---|
| | | 312.80 |
| 185.00 Pages | | 46.25 |
| | | 15.00 |
| | | |
| | | 266.80 |

**TOTAL DUE >>>**     **$640.85**

NET 30 DAYS 1.5% INTEREST PER MONTH

VISIT OUR WEB SITE  WWW.HALMAJILEK.COM
WBE CERTIFIED, WOMEN-OWNED BUSINESS

(WE ACCEPT MASTERCARD/VISA/AMERICAN EXPRESS)

**Tax ID:** 39-1592529

Phone:    Fax:

*Please detach bottom portion and return with payment.*

MS. DIANA O. SALGADO
PLANNED PARENTHOOD FEDERATION OF AMERICA
434 WEST 33RD AVENUE
NEW YORK, NY 10001

Job No.    : 65194      BU ID    : 1-MAIN
Case No.   : 13-CV-0478
Case Name : PLANNED PARENTHOOD OF WI, INC. VS J.B.
             VAN HOLLEN

Invoice No. : 118136      Invoice Date : 5/2/2014
**Total Due  : $ 640.85**

Remit To: **HALMA-JILEK REPORTING, INC**
     **207 EAST MICHIGAN STREET**
     **SUITE 404**
     **MILWAUKEE, WI 53202**

| **PAYMENT WITH CREDIT CARD** | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# Planned Parenthood
Care. No matter what.

**PAY ORDER**

REQUEST/APPROVAL

| Requested by: | ███████ | Extension: | |
|---|---|---|---|
| Department: | | Date: | **5/12/14** |

| DESCRIPTION OF SERVICE: | Court Reporteer and Transcript for Deposition |
|---|---|

| PAYEE: | Gramman Reporting, Ltd. | VENDOR ID #: | 39-1582838 |
|---|---|---|---|
| ADDRESS | 740 N. Plankinton Ave, Suite 400 | INVOICE #: | 217272 |
| | Milwaukee, WI 53203 | INVOICE DATE: | 5/5/14 |
| | | INVOICE DUE DATE: | 6/14/14 |

Mandatory

| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | $1,264.10 | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | TOTAL: | $ 1,264.10 | | | |

SPECIAL REQUIREMENTS

BUDGET USE ONLY

| Signatory checked by: | _____ | Date: | _____ |
|---|---|---|---|
| Director's review: | _____ | Date: | _____ |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 217272 | 5/5/2014 | 121035 |
| **Job Date** | **Case No.** | |
| 4/24/2014 | 13-CV-465 | |
| **Case Name** | | |

Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van
Hollen, et al.

| **Payment Terms** |
|---|
| Due upon receipt |

Ms. Carrie Y. Flaxman
Planned Parenthood Federation of America
1110 Vermont Ave NW
Suite 300
Washington DC 20005

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| James Linn, M.D. | 258.00 Pages | 1,083.60 |
| Full Day Appearance | | 120.00 |
| Exhibit Copies | 82.00 Pages | 20.50 |
| Postage, Handling, & Archiving | | 40.00 |
| | **TOTAL DUE >>>** | **$1,264.10** |
| | AFTER 6/14/2014 PAY | $1,327.31 |

Complimentary TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge.
Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Ms. Carrie Y. Flaxman
Planned Parenthood Federation of America
1110 Vermont Ave NW
Suite 300
Washington DC 20005

Invoice No.   : 217272
Invoice Date : 5/5/2014
**Total Due    : $ 1,264.10**
AFTER 6/14/2014 PAY $1,327.31

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.    : 121035
BU ID      : 1-MAIN
Case No.   : 13-CV-465
Case Name  : Planned Parenthood of Wisconsin, Inc., et al
             v. J.B. Van Hollen, et al.



**Planned Parenthood®**
Care. No matter what.

REQUEST/APPROVAL

PAY ORDER

| Requested by: | ██████████ |
| Department: | ██████████ |

| Extension: | ██████████ |
| Date: | 5/12/14 |

| DESCRIPTION OF SERVICE: | Court Reporteer and Transcript for Deposition |

| PAYEE: | Gramman Reporting, Ltd. |
| ADDRESS | 740 N. Plankinton Ave, Suite 400 |
| | Milwaukee, WI 53203 |

| VENDOR ID # | 39-1582838 |
| INVOICE # | 217299 |
| INVOICE DATE | 5/6/14 |
| INVOICE DUE DATE | 6/15/14 |

Mandatory

| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | $1,668.15 | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | TOTAL: | $ 1,668.15 | | | |

SPECIAL REQUIREMENTS

BUDGET USE ONLY

Signatory checked by: _____    Date: _____    _____

Director's review: _____    Date: _____    _____

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 217299 | 5/6/2014 | 121036 |

| Job Date | Case No. | |
|---|---|---|
| 4/25/2014 | 13-CV-465 | |

| Case Name | | |
|---|---|---|
| Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van Hollen, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ms. Carrie Y. Flaxman
Planned Parenthood Federation of America
1110 Vermont Ave NW
Suite 300
Washington DC 20005

---

ORIGINAL AND 1 COPY (TECHNICAL) OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| David Merrill, M.D., Ph.D. | 307.00 Pages | 1,442.90 |
| Full Day Appearance | | 172.50 |
| Exhibit Scanning | 87.00 Pages | 21.75 |
| Postage, Handling, & Archiving | | 31.00 |
| | **TOTAL DUE >>>** | **$1,668.15** |
| | AFTER 6/15/2014 PAY | $1,751.56 |

TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Ms. Carrie Y. Flaxman
Planned Parenthood Federation of America
1110 Vermont Ave NW
Suite 300
Washington DC 20005

Invoice No.  :  217299
Invoice Date :  5/6/2014
**Total Due   :  $ 1,668.15**
AFTER 6/15/2014  PAY  $1,751.56

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI  53203**

Job No.    :  121036
BU ID      :  1-MAIN
Case No.   :  13-CV-465
Case Name  :  Planned Parenthood of Wisconsin, Inc., et al
             v. J.B. Van Hollen, et al.

## Planned Parenthood®
Care. No matter what.

REQUEST/APPROVAL

**PAY ORDER**

| Requested by: | ■ | Extension: | ■ |
|---|---|---|---|
| Department: | | Date: | 9/18/14 |

| DESCRIPTION OF SERVICE: | Deposition transcripts for WI admitting privileges |
|---|---|

| PAYEE: | Gramman Reporting | VENDOR ID # | 39-1582838 |
|---|---|---|---|
| ADDRESS | Gramman Reporting, Ltd | INVOICE # | 217072, 21762 |
| | 740 N. Plankinton Ave, Suite 300 | | |
| | Milwaukee, WI 53202 | INVOICE DATE | 4/25/30, 4/30/14 |
| | | INVOICE DUE DATE | ASAP |

*Vendor delay in transmitting invoices; vendor is waiving late fees

| | | Mandatory | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
| PPFA HQ | 51000- Consultant Fees | Temporarily Restricte | Litigation and Law | Lit and Law WI Admit Privilege | G10687 | | | 1,062.00 | | 0 | 51000-TR-390-LWP-G10687-- |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |

TOTAL: 1,062.00

SPECIAL REQUIREMENTS

BUDGET USE ONLY

Signatory checked by: _____ Date: _____ _____

Director's review: _____ Date: _____ _____

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 217072 | 4/25/2014 | 121119 |
| **Job Date** | **Case No.** | |
| 4/17/2014 | 13-CV-465 | |
| **Case Name** | | |
| Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van Hollen, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ms. Meg Holzer
Planned Parenthood Federation of America
434 West 33rd Street
New York NY 10001

---

1 COPY OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Susan Pfleger, M.D. | 206.00 Pages | 484.10 |
| Exhibit Scanning | 292.00 Pages | 73.00 |
| Handling | | 5.00 |
| | **TOTAL DUE >>>** | **$562.10** |
| | AFTER 6/4/2014 PAY | $590.21 |

TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 28.11 |
| **(=) New Balance:** | **$590.21** |

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Meg Holzer
Planned Parenthood Federation of America
434 West 33rd Street
New York NY 10001

| | | |
|---|---|---|
| Invoice No. | : | 217072 |
| Invoice Date | : | 4/25/2014 |
| **Total Due** | : | **$ 590.21** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 121119 |
| BU ID | : | 1-MAIN |
| Case No. | : | 13-CV-465 |
| Case Name | : | Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van Hollen, et al. |

# INVOICE



**GRAMANN**
REPORTING

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Innovation Expertise Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 217162 | 4/30/2014 | 121118 |
| **Job Date** | **Case No.** | |
| 4/22/2014 | 13-CV-465 | |
| **Case Name** | | |
| Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van Hollen, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ms. Meg Holzer
Planned Parenthood Federation of America
434 West 33rd Street
New York NY 10001

| | | | |
|---|---|---|---|
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Douglas Laube, M.D., M.Ed. | 199.00 | Pages | 467.65 |
| Exhibit Scanning | 62.00 | Pages | 15.50 |
| 1 COPY OF THE TRANSCRIPT OF: | | | |
| Douglas Laube, M.D., M.Ed. Confidential Portion | 5.00 | Pages | 11.75 |
| Handling | | | 5.00 |

| | |
|---|---|
| TOTAL DUE >>> | **$499.90** |
| AFTER 6/9/2014 PAY | $524.90 |

TEXT and PDF files are available on our online repository.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 25.00 |
| (=) New Balance: | **$524.90** |

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Meg Holzer
Planned Parenthood Federation of America
434 West 33rd Street
New York NY 10001

| | | |
|---|---|---|
| Invoice No. | : | 217162 |
| Invoice Date | : | 4/30/2014 |
| **Total Due** | : | **$ 524.90** |

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

| | | |
|---|---|---|
| Job No. | : | 121118 |
| BU ID | : | 1-MAIN |
| Case No. | : | 13-CV-465 |
| Case Name | : | Planned Parenthood of Wisconsin, Inc., et al v. J.B. Van Hollen, et al. |



**PAY ORDER**

| Requested by: | ███████ |
|---|---|
| Department: | |

| Extension: | ███████ |
|---|---|
| Date: | 6/2/14 |

| DESCRIPTION OF SERVICE: | Trial transcript |
|---|---|

| PAYEE: | Lynette Swanson |
|---|---|

| ADDRESS | Federal Court Reporter |
|---|---|
| | 1209 Norht Henry St., Rm 520 |
| | Madison, WI 53703 |

| VENDOR ID # | |
|---|---|
| INVOICE # | 1400 |
| INVOICE DATE | 6/4/14 |
| INVOICE DUE DATE | 7/4/14 |

| SITES | GL ACCOUNT | FUND | DEPARTMENT | PROJECT | RESOURCE ID | GEO | ADVOCACY ACTIVITY | AMOUNT | AUTHORIZED BY | SITE | DIMENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Temporarily Restricted | Litigation and Law-390 | LWP | G10687 | | | 77.60 | ~~signature~~ | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |
| | | | | | | | | | | | #N/A |

TOTAL: $ 77.60

SPECIAL REQUIREMENTS

**BUDGET USE ONLY**

Signatory checked by: _____     Date: _____     _____

Director's review: _____     Date: _____     _____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1400<br>Call Number: |
|---|---|
| TO: **Planned Parenthood Federation**<br>Carrie.flaxman@ppfa.org | **MAKE CHECK PAYABLE TO:**<br><br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry St., Rm. 520<br>Madison, Wisconsin 53703 |

## TRANSCRIPTS:

| Case Type: Civil | Date Ordered: 6-2-14 | Date Delivered: 6-3-14 |
|---|---|---|

**In the matter of Planned Parenthood et al v. Van Hollen et al.   13-CV-465-WMC**

**Stenographic transcript of Final PT Hearing held on 5-22-14 before District Judge Barbara B. Crabb**

**32 pgs. @ $4.85  (7- day delivery)   (divided between both sides)          $77.60**

### TOTAL:   $77.60

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

_/s/_____     Date: __6-3-14_____
Lynette Swenson



cockle

# Mail

Move to Inbox

COMPOSE

## COCKLE PRINTING: Receipt of Payment   Inbox   x

**Heartland Payment Systems Receipt Email (do not reply)** <noreply@e-hps.com>

to me

Thank you for your business. Your receipt details are below:

------------------------------------------------------------
Date     6/2/2016
Time     4:23 PM CDT
Trans Type    RepeatSale
Customer ID    PPFA
Account    ************
Exp Date    ****
Issuer    VISA
Name    HELENE KRASNOFF
Invoice#    42423
PO#    32912/HAMMOCK
Subtotal    $615.41
Total Amt    $615.41
Street    123 WILLIAM ST
City    NEW YORK
Zip    20005
Entry Method    Manual
Result    APPROVED
AuthCode    071560
Message    APPROVAL
PNRef    269428230
CommercialCard    True
CVResult    Match
AVSResponse    Address Match No Zip Match
escription    INVOICE
------------------------------------------------------------

Click here to Reply or Forward

Alice Clapman          Paralegals

cockle

Mail          Move to Inbox

## COCKLE PRINTING: Receipt of Payment    Inbox   x

**Heartland Payment Systems Receipt Email (do not reply)** <noreply@e-hps.com>

to me

Thank you for your business. Your receipt details are below:

```
------------------------------------------------------------
Date    5/23/2016
Time    3:56 PM CDT
Trans Type    RepeatSale
Customer ID    PPFA
Account    ************
Exp Date    ****
Issuer    VISA
Name    HELENE KRASNOFF
Invoice#
PO#    32912/HAMMOCK
Subtotal    $540.00
Total Amt    $540.00
Street    1110 VERMONT AVE NW
City    NEW YORK
Zip    20005
Entry Method    Manual
Result    APPROVED
AuthCode    087497
Message    APPROVAL
PNRef    268290741
CommercialCard    True
CVResult    Match
AVSResponse    No Match on Address (Street) or ZIP
Description    DOWN PAYMENT
------------------------------------------------------------
```

Click here to Reply or Forward

Alice Clapman          Paralegals