IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Planned Parenthood of Wisconsin, Inc.,
Susan Pfleger, MD, Milwaukee Women's
Medical Services, and Kathy King MD,

      Plaintiffs,

  v.

J.B. Van Hollen, Ismael Ozanne, James Barr,
Mary Jo Capodice, DO, Greg Collins, Jude
Genereaux, Suresh K. Misra, MD, Timothy
Swan, MD, Sridhar Vasudevan, MD,
Timothy W. Westlake, MD, Dave Ross,
Michael J. Phillips, MD, Rodney Erickson, MD,
Kenneth B. Simons, MD, Russel Yale, MD, and
Carolyn Ogland, MD,

      Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No.   13-cv-465-wmc

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs:

(1) Section 1 of 2013 Wisconsin Act 37 (Senate Bill 206), codified at Wis. Stat. § 253.095 is declared unconstitutional under the Fourteenth Amendment to the United States Constitution.

(2) Defendants are hereby enjoined from enforcing Section 1 of 2013 Wisconsin Act 37, codified at Wis. Stat.§ 253.095.

(3) State Defendants to pay Plaintiffs a sum of $1,600,000.00 in complete satisfaction of all attorneys' fees and costs.

| s/ J. Titak, Deputy Clerk | 9/8/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |